UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ESCOVEDO,<br><br>        Plaintiff,<br><br>  vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>        Defendants. | No.: 1:21-cv-01090-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE COURT'S JURISDICTION OVER SETTLEMENTS |

ORDER

The Court, having considered the Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is Granted;

2. The Court Retains Jurisdiction over the action for 45 days, through November 19, 2021, so that the parties can effectuate the terms of their settlement.

3. On or before November 19, 2021, the parties shall file a joint status report indicating whether or not the settlement has been consummated.

IT IS SO ORDERED.

Dated: **October 7, 2021**            /s/ Dale A. Drozd
                                      UNITED STATES DISTRICT JUDGE